# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY FELLMAN, JODI
FELLMAN,

      Plaintiffs,

    v.                                                    Case No.:  6:25-cv-464-JSS-LHP

TRAVEL + LEISURE, INC.,

      Defendant,

---

## ORDER

Before the Court is Defendant Travel + Leisure, Inc. d/b/a Wyndham Destinations, Inc. f/k/a Wyndham Vacation Resorts' ("Defendant's") Motion for Entitlement to Attorneys' Fees and Costs (Doc. No. 36), which has been referred to the undersigned.  Upon review, it is unclear whether Plaintiffs are represented by their attorney of record, Stephanie Parsons, or proceeding *pro se*.  It is also unclear whether Plaintiffs are aware of the present motion or the response that Attorney Parsons filed in opposition.

Attorney Parsons has unsuccessfully moved to withdraw as Plaintiffs' counsel three times, and the Court denied her most recent motion without prejudice on August 5, 2025.  Doc. Nos. 25-29.  As Attorney Parsons has not since renewed her request, she remains attorney of record in this matter.  *See* Local Rule 2.02.  However, on December 11, 2025, Plaintiff Gary Fellman filed a document *pro se*,

-1-

stating in relevant part that Attorney Parsons had not informed Plaintiffs of a case-dispositive motion and that Plaintiffs were seeking new legal representation.  Doc. No. 32.  Mr. Fellman also requested that all future correspondence be sent directly to Plaintiffs and provided their contact information.  *Id.*[1]

Based on this *pro se* filing, Presiding United States District Judge Julie S. Sneed noted in a December 11, 2025 Order, that Plaintiffs appear to be "no longer represented by counsel."  Doc. No. 33, at 1.  However, no further motions to withdraw as counsel have been filed, therefore it appears that Attorney Parsons still remains counsel of record.  *See* Local Rule 2.02.  Further confusing matters, is the fact that in the present motion for fees (Doc. No. 36), filed on December 19, 2025, Defendant's counsel represented that an attorney in her firm conferred directly with both Plaintiffs, that both Plaintiffs oppose the motion for fees, and that Defendant served the fees motion upon "Pro Se Plaintiffs" by email and by U.S. mail to the addresses Plaintiffs provided.  Doc. No. 36, at 9, 11.

In addition, on January 2, 2026, Attorney Parsons filed a response in opposition to the present motion, which states that Attorney Parsons does not have contact information for the Plaintiffs and "cannot file on behalf of the Plaintiffs even if she did," based on advice she received from the Florida Bar Ethics Hotline in relation to her representation of clients in various litigation matters while working

---

[1] Neither Plaintiff has since filed any documents on their own behalf in this case.

-2-

for her former law firm (which has since ceased operating).  Doc. No. 38, at 6-7.  However, the Court questions the veracity of Attorney Parsons' statements, given that she has access to the docket in this case, and Plaintiffs' contact information is clearly listed on the docket in their December 11, 2025 filing.  Doc. No.  32.

Given the confusing history of this case and Attorney Parsons' conduct in this and similar matters pending before this Court, as well as the nature of the relief Defendant seeks in this case, the Clerk of Court is **DIRECTED** to mail and e-mail a copy of this Order, as well as a copy of Defendants' fees motion (Doc. No. 36), to Plaintiffs at the following address and e-mail address

Gary and Jodi Fellman
3123 Ely Circle
The Villages, Florida 32163
(202) 436-0206
Fellman01@live.com

Plaintiffs are given one final opportunity to respond to the motion for fees (Doc. No. 36), and such response must be filed with the Court **on or before April 30, 2026.  Failing to respond by this deadline will result in the motion being treated as unopposed.**  *See* Local Rule 3.01(d).  By this same deadline, Attorney Parsons shall file a renewed motion to withdraw, in full compliance with all applicable Local Rules.

-3-

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-4-